IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREDRICK O. GOSS,** )<br>)<br>      **Petitioner/Defendant,** )<br>)<br>**vs.** )<br>)<br>**UNITED STATES of AMERICA ,** )<br>)<br>      **Respondent/Plaintiff.** ) | **CIVIL NO. 09-cv-321-DRH**<br><br>**CRIMINAL NO. 06-cr-40062** |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

November 23, 2009             By:    /s/   DavidRHerndon
*Date*                                                        *Chief Judge*